UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LEDRA A. CRAIG, | ) |
| Movant, | ) ) ) |
| v. | ) No. 4:25-CV-01530 HEA |
| UNITED STATES OF AMERICA, | ) ) ) |
| Respondent. | ) ) |

**OPINION, MEMORANDUM AND ORDER**

Before the Court is movant's motion, ECF No. 2, for copies of certain transcripts from his criminal action. *See United States v. Craig*, No. 4:20CR403 HEA (E.D.Mo.).

Movant first requests a copy of the transcript associated with his *Frye* hearing, held on January 9, 2023. *See* Docket No. 181. Because the transcript of this matter was previously provided to movant on April 29, 2025, the Court will decline to provide movant a second copy at this Court's expense. *See* Docket No. 245.

Movant next seeks a copy of a transcript of "the status conference hearing . . .when I was present in Court with Attorney John Stobbs held in the Court room [sic] with Magistrate Judge Patricia L. Cohen." Movant does not designate the date of this "status conference," and the Court has reviewed the criminal docket and found that there were three occasions on which status conferences occurred: November 24, 2020 (Docket No. 51); May 14, 2025 (Docket No. 70); and June 2, 2021 (Docket No. 77). Given movant's failure to properly designate the date for the alleged event he is seeking, or why it is necessary to the filing of his motion to vacate, the Court will deny his request at this time.

Accordingly,

2

**IT IS HEREBY ORDERED** that movant's motion for transcripts, ECF No. 2, is **DENIED at this time**.

Dated this 15th day of October, 2025.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE

Case: 4:25-cv-01530-HEA   Doc. #:  4   Filed: 10/15/25   Page: 2 of 2 PageID #: 19